UNITED STATES DISTRICT COURT

FILED '10 APR 20 14:20 USDC-ORE

DISTRICT OF OREGON

Portland Division

JACK MARTIN,                                          CV # 08-975-AA

     Plaintiff,

vs.

MICHAEL J. ASTRUE,                          ORDER FOR EAJA FEES
COMMISSIONER of Social Security,

     Defendant.

_____

     Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the

amount of $6564.71,  pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, shall be

awarded to Plaintiff.

DATED this _16_ day of April, 2010.

                                 _____
                                 HON. ANN L. AIKEN
                                 UNITED STATES DISTRICT JUDGE

Presented by:

/s/__Linda Ziskin_
LINDA ZISKIN, OSB # 011067
P.O. Box 2237
Lake Oswego, OR 95076
(503) 889-0472
 Of Attorneys for Plaintiff