Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Caver Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JACK MARTIN,<br>    Plaintiff,<br><br>v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | 6:08-cv-975<br><br>[PROPOSED]<br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $38,516.50 pursuant to 42 U.S.C. § 406(b).

Dated this 24 day of May, 2012.

_____
Ann L. Aiken
United States District Chief Judge